# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1345

_____

| | | |
|---|---|---|
| Kurt B. Knight, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Dora Schriro, Director, Missouri | * | |
| Department of Corrections; Michael | * | |
| Bowersox, Superintendent, Potosi | * | Appeal from the United States |
| Correctional Center; Gary Reed, | * | District Court for the |
| Institutional Investigator, Potosi | * | Eastern District of Missouri. |
| Correctional Center; Greg Dunn, | * | |
| Captain, Potosi Correctional Center; | * | **[UNPUBLISHED]** |
| Richard Bouchard, Major, Chief of | * | |
| Security, Potosi Correctional Center; | * | |
| Joseph Rosenberg, Lieutenant, Potosi | * | |
| Correctional; Brian Allen, Sergeant, | * | |
| Potosi Correctional Center, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: November 29, 2000
Filed: December 14, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Kurt Knight, a Missouri inmate, appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint for failure to exhaust administrative remedies, as mandated by 42 U.S.C. § 1997e(a) of the Prison Litigation Reform Act of 1995. After a careful review of the record, we conclude that dismissal of Knight's complaint was proper. Accordingly, we affirm the district court's judgment, but modify it to reflect that the dismissal is without prejudice. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The HONORABLE STEPHEN N. LIMBAUGH, United States District Judge for the Eastern District of Missouri.